UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO. 3:13-CR-479

JERRY ELMO HARTSOE

## PLEA

The Defendant, JERRY ELMO HARTSOE, acknowledges receipt of a copy of the Indictment and after arraignment pleads Not Guilty in open court.

*Entered by the Court*
(Signed)    Defendant

6-6-13
Columbia, South Carolina