**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:   ___3:13-473_____ |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| JERRY ELMO HARTSOE, ET AL | ) | |

I, John C. Potterfield, hereby notify this Honorable Court that I will appear on behalf of the United States in the above-named case.

Respectfully submitted this 6th day of November, 2013.

Respectfully submitted,

____s/ John C. Potterfield_____
JOHN C. POTTERFIELD (I.D. No. 6472)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201

Telephone: (803) 929-3000

Columbia, South Carolina