# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 3:13-479

JERRY ELMO HARTSOE

## PLEA

The Defendant, JERRY ELMO HARTSOE, acknowledges receipt of a copy of the Superseding Indictment and after arraignment pleads NOT GUILTY in open court.

_____
(Signed)   Defendant

Columbia, South Carolina
December 17, 2013