IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 3:13-cr-479 |
| v. | |
| JERRY ELMO HARTSOE, MARK SHANNON MANUEL JAMES CHAPPELL DEW RONALD KEVIN HAYES | GOVERNMENT'S PROPOSED JURY VOIR DIRE QUESTIONS |

1. The Defendants owned and operated several businesses in South Carolina. Have you, any member of your family, or a close business or social associate had any business dealings with Eden Gifted Properties or Hakunamatata for All? Would that business dealing affect your ability to be fair and impartial if chosen as a juror in this case?

2. Are you, any member of your family, or a close business or social associate the member of any organization whose members express dissatisfaction with the substance, form or administration of the United States by advocating for the renouncement of citizenship or succession from the United States?

3. Do you any member of your family, or a close business or social associate hold any personal belief, conviction or prejudice that the laws of the United States are not applicable to individuals, such that you could not sit as a fair and impartial juror on this case?

4. Have you, any member of your family, or a close business or social associate ever been member of any so-called "sovereign citizens" group?

5. Have you ever been a member of, or attended a meeting of the Republic of the United States of America, commonly known as RUSA?"

6. This is a criminal case involving the issuance of fictitious government documents in relation to mortgages and other debt elimination. Do you hold any beliefs, feelings, or prejudices against these types of prosecutions such that you could not sit as a fair and impartial juror in the case?

7. Have you, any member of your family, or a close business or social associate ever been a party to a foreclosure proceeding? If any member of the jury panel answers in the affirmative, please ask the potential juror to approach the bench for the following questions:

    a. When was the foreclosure proceeding?
    b. Were you satisfied with the results of the proceeding?
    c. In your opinion, were you treated fairly by the mortgage holder?
    d. Do you have any feelings or opinions about banks or mortgage holders that would make you unable to decide this case fairly?

8. Have you ever had a business dealing with a debt elimination service? If any member of the jury panel answers in the affirmative, please ask the potential juror to approach the bench for the following questions:

    a. When did you use the service?
    b. What type of debt did you have?
    c. Was your debt eliminated?
    d. If so, how was your debt eliminated?
    e. Were you satisfied with the results of the service?
    f. Do you have any feelings or opinions about debt elimination services that would make you unable to decide this case fairly?

Respectfully submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

BY: s/T. DeWayne Pearson
T. DeWayne Pearson (# 10859)
Assistant U. S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel. (803) 929-3000

December 31, 2013

CERTIFICATE OF SERVICE

I hereby certify that I have this date caused one true and correct copy of the within document to be served on the defendant(s) in the above-captioned case, via the court's e-noticing system, but if that means failed, then by regular mail, on all parties of record.

WILLIAM N. NETTLES
UNITED STATES ATTORNEY
BY: s/T. DeWayne Pearson
T. DeWayne Pearson (# 10859)
Assistant U. S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel. (803) 929-3000

December 31, 2013