

FTK installer
Find, Organize, & Analyze Computer Evidence
AccessData
FTK
FORENSIC TOOLKIT
FTK Install
Distributed Engine
View Readme
View User Guide
Other Products
Computer
Map network drive
Downloads
Today
Feb 3, 2014
HANNSpree
COURT'S
EXHIBIT NO. 5
IDENTIFICATION/EVIDENCE
DKT.# 3:13-479
DATE: 2-4-14
PENGAD 800-631-6989

```
Physical Evidentiary Item (Source) Information:
[Drive Geometry]
 Cylinders: 121,601
 Tracks per Cylinder: 255
 Sectors per Track: 63
 Bytes per Sector: 512
 Sector Count: 1,953,525,168
[Physical Drive Information]
 Drive Model: WDC WD10 02FAEX-00Z3A0 SCSI Disk Device
 Drive Serial Number:       WD-WCATR0651809
 Drive Interface Type: SCSI
 Source data size: 953869 MB
 Sector count:    1953525168
[Computed Hashes]
 MD5 checksum:    dbb2299303f3ab3f99391e47991d6ed4
 SHA1 checksum:   814b295f6ebb5c5f33950652c1236465cf40d192

Image Information:
 Acquisition started:   Mon Jul 30 08:59:24 2012
 Acquisition finished:  Mon Jul 30 18:14:13 2012
 Segment list:
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E01
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E02
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E03
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E04
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E05
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E06
  J:\QC03_2\QC03_2_IMAGE\[illegible] IMAGE.E07
  J:\QC03_2\QC03_2_IMAGE[illegible] IMAGE.E08
  J:\QC03_2\QC03_2_IMAG[illegible] IMAGE.E09
  J:\QC03_2\QC03_2_IMA[illegible] IMAGE.E10
  J:\QC03_2\QC03_2_IMA[illegible] IMAGE.E11
  J:\QC03_2\QC03_2_IMA[illegible] IMAGE.E12
  J:\QC03_2\QC03_2_IMA[illegible] IMAGE.E13
  J:\QC03_2\QC03_2_IMAG[illegible] IMAGE.E14
  J:\QC03_2\QC03_2_IMAGE[illegible] IMAGE.E15
  J:\QC03_2\QC03_2_IMAGE\[illegible] 1B-1 IMAGE.E16
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E17
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E18
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E19
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E20
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E21
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E22
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E23
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E24
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E25
  J:\QC03_2\QC03_2_IMAGE\QC03_2  1B-1 IMAGE.E26
```



Computer ▸ CART AS (F:) ▸ QC03_1 ▸ QC03_1_IMAGE
Organize
Include in library
Share with
Burn
New folder
Favorites
Desktop
Downloads
Recent Places
Libraries
Documents
Music
Pictures
Videos
Computer
Network
Name
Date modified
Type
Size
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E01 7/26/2012 8:56 AM E01 File 1,535,922 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E01 7/26/2012 6:08 PM Microsoft Excel C... 1 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E01 7/26/2012 8:49 PM Text Document 11 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E02 7/26/2012 8:58 AM E02 File 1,535,881 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E03 7/26/2012 9:02 AM E03 File 1,535,880 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E04 7/26/2012 9:03 AM E04 File 1,535,822 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E05 7/26/2012 9:05 AM E05 File 1,535,873 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E06 7/26/2012 9:06 AM E06 File 1,535,845 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E07 7/26/2012 9:07 AM E07 File 1,535,903 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E08 7/26/2012 9:08 AM E08 File 1,535,894 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E09 7/26/2012 9:09 AM E09 File 1,535,904 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E10 7/26/2012 9:10 AM E10 File 1,535,919 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E11 7/26/2012 9:11 AM E11 File 1,535,895 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E12 7/26/2012 9:12 AM E12 File 1,535,889 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E13 1,535,903 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E14 1,535,941 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E15 1,535,927 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E16 1,535,863 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E17 1,535,926 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E18 1,535,900 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E19 1,535,939 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E20 1,535,929 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E21 1,535,898 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E22 7/26/2012 9:23 AM E22 File 1,535,814 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E23 7/26/2012 9:25 AM E23 File 1,535,844 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E24 7/26/2012 9:26 AM E24 File 1,535,873 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E25 7/26/2012 9:27 AM E25 File 1,535,849 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E26 7/26/2012 9:28 AM E26 File 1,535,937 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E27 7/26/2012 9:29 AM E27 File 1,535,926 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E28 7/26/2012 9:30 AM E28 File 1,535,934 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E29 7/26/2012 9:31 AM E29 File 1,535,941 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E30 7/26/2012 9:31 AM E30 File 1,535,938 KB
QC03_1 1B-1 DELL POWER EDGE_IMAGE.E31 7/26/2012 9:32 AM E31 File 1,535,929 KB
143 items
HANNspree
