UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA

**EXHIBIT & WITNESS LIST**

V.

Case Number: 3:13-0479

**JERRY ELMO HARTSOE**
**MARK SHANNON MANUEL**
**JAMES CHAPPELL DEW**

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| Hon. Cameron McGowan Currie | T. DeWayne Pearson  John C. Potterfield | James Craig, Louis Lang,  Ken Matthews |
| TRIAL DATE (S)  January 27, 2014 –February 6, 2014 | COURT REPORTER  Jennifer Williams | COURTROOM DEPUTY  Mary Deal |

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS & WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 1 |  | 1/27/14 |  | ✓ | Dearborn Capital Correspondence, 4/9/2012 |
| 2 |  | 1/27/14 |  | ✓ | Dearborn Capital Correspondence, 7/25/2011 |
| 3 |  | 1/27/14 |  | ✓ | Dearborn Capital Correspondence, 8/5/2011 |
| 4 |  | 1/27/14 |  | ✓ | Dearborn Capital Correspondence, 11/23/2011 |
| 5 |  | 1/27/14 |  | ✓ | Dearborn Capital Correspondence, 12/20/2011 |
| 6 |  | 1/27/14 |  | ✓ | Dearborn Capital Correspondence, 1/25/2012 |
| 7 |  | 1/30/14 |  | ✓ | Patrick Banks email 1/23/2012 |
| 8 |  | 1/30/14 |  | ✓ | Patrick Banks email 2/1/2012 |
| 9 |  | 1/30/14 |  | ✓ | Patrick Banks email 2/6/2012 |
| 10 |  | 1/30/14 |  | ✓ | Patrick Banks email 2/8/2012 |
| 11 |  | 1/30/14 |  | ✓ | Patrick Banks email 2/9/2012 |
| 12 |  | 1/30/14 |  | ✓ | Patrick Banks email 2/21/2012 1:03pm |
| 13 |  | 1/30/14 |  | ✓ | Patrick Banks email 2/1/2012 8:09pm |

1

| 14 | | 1/30/14 | | ✓ | Patrick Banks email 2/23/2012 |
|---|---|---|---|---|---|
| 15 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Patrick Banks/UCE |
| 16 | | 1/30/14 | | ✓ | Audio of meeting between Banks and Hartsoe on 1-17-2012 |
| 18 | | 1/30/14 | | ✓ | Audio recorded meeting 1-17-12 (1D-13) |
| 19 | | 1/30/14 | | ✓ | Video recorded meeting 2-14-12 (1D-14) |
| 20 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Karen Kennedy |
| 21 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Mabell Stephens Dew |
| 22 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Diane Hill Bray |
| 23 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Paolo Correa |
| 24 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Brenda McGregor |
| 25 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Jose Gregoria Correa |
| 26 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Rory Muniz |
| 27 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Maria Brady |
| 28 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Jeffrey Schwartz |
| 29 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-William and Donna Warren |
| 30 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Lynn and Clayton Martin |
| 31 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Tuan Hai Dang |
| 32 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Cathy Ellis |
| 33 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-James Clyde Mosley |
| 34 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Marilu Clement |
| 35 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-William and Gail Rowley |
| 36 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-John and Janice Cross |
| 37 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Royal Tours Inc |
| 38 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-James Fishcer |
| 39 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-John Bonham |
| 40 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Lawrence & Abigail Dumoulin |
| 41 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Tommy Dwain Dyar |
| 42 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-William and Linda Jackson |

| 43 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Kimberly Diane Jordan |
|----|--|---------|--|---|----------------------------------------------------------|
| 44 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Winona J. Cox |
| 45 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Stephen Jerome Davidson |
| 46 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-James and Janet Harper |
| 47 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Dew Company Inc. |
| 48 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-James Lee Hilliard |
| 49 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Frederick T Anderson |
| 50 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Brent and Deborah Horton |
| 51 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Brian and Robin Frank |
| 52 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-John Allen Mosley |
| 53 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Gerald and Patsy Manuel |
| 54 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Jimmie and Melanie Brown |
| 55 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Tammy and Steve Bates |
| 56 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Kenneth and Wanda Fowler |
| 57 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Randy Eugene Gosey |
| 58 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Sarah Lathrop |
| 59 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Keith and Claudia Ingalls |
| 60 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Ronald and Peggy Hunt |
| 61 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Ketrina Yates |
| 62 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Sallie Bell Smith |
| 63 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Barry and Judy Harmon |
| 64 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Susan and Leonard Elders |
| 65 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Clarence Fox |
| 66 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Dean Stuart Cambell |
| 67 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Cathy Griffith |
| 68 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Danny and Aracelli Robbins |
| 69 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Ralph and Patricia Walden |
| 70 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Lee and Judy Camp |

| 71 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Ronald and Patricia Hayes |
|----|--|---------|--|---|-------------------------------------------------------------|
| 72 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Joseph and Barbara Beasy |
| 73 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-John Martin Morgan |
| 74 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Robert Boyden |
| 75 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Ann and Ronald Rust |
| 76 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Maria Stella Albaracin |
| 77 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-James and Judy Hendricks |
| 78 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Michael and Maria Brady |
| 79 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Stephen and Angela Odel |
| 80 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Thomas Martin |
| 81 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Roger and Kathy Highfill |
| 82 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Marion Gates |
| 83 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Clayton Macauly |
| 84 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Thomas McRae |
| 85 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Beverly Whitley |
| 86 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Amanda Moore |
| 87 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Janson Finkbeiner |
| 88 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Robert Plyler |
| 89 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Michael Dumoulin |
| 90 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Yen Dang |
| 91 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Richard Turner |
| 92 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-James and Tinkla Hogan |
| 93 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Mark Halbig |
| 94 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Karen Blackburn |
| 95 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Bruce and Victoria McMillian |
| 96 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Jacqueline Starkes |
| 97 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-David Blackburn |
| 98 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Mark and Donna Jones |

| 99 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Randy and Cathy Lanier |
|---|---|---|---|---|
| 100 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Nathan Harmon |
| 101 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-James and Stephanie Massey |
| 102 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Donald Hoffman |
| 103 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Patsy Alexander |
| 104 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Robert and Mary Jo Geishauer |
| 105 | | 1/27/14 | ✓ | Registered Bonded Promissory Note- Shelton Hoffman |
| 106 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Sheena and Kelly Havens |
| 107 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Minelva Mitchell |
| 108 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-James Fischer |
| 109 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-John and Elizabeth Hausam |
| 110 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Robert and Angela Branson |
| 111 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Kurt and Terri Bittner |
| 112 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Barry Caraway |
| 113 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Lisa Ann Flaugher |
| 114 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Wayne Fogelson |
| 115 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-David Brunson |
| 116 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Shane Maguire |
| 117 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-William Strickland and Carlysle Johnson |
| 118 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-David Germaine |
| 119 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Mark Ferguson |
| 120 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Linda Bright |
| 121 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Robert Athey |
| 122 | | 1/27/14 | ✓ | Registered Bonded Promissory Note- Derrick Germaine |
| 123 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Joseph Scott |
| 124 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Martin Bradberry |
| 125 | | 1/27/14 | ✓ | Registered Bonded Promissory Note-Jeffrey Varnon |

| 126 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Scott Dehoog |
| 127 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Steven Newman |
| 128 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Robert Rubio |
| 129 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Leonard Pegram |
| 130 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Nasser Razack |
| 131 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Rebecca Kazanofski |
| 132 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Robert Laidlaw |
| 133 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Maria Medcalf |
| 134 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Joel Meyres |
| 135 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Sean Calhoun |
| 136 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Shane Humphrey |
| 137 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Kent Bushnel |
| 138 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note- Alan Reynolds |
| 139 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Debra Chavez |
| 140 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Lazaro Guiterez |
| 141 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Janet Carter |
| 142 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Paul Medina and Janet Wells |
| 143 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Bradford and Mary Long |
| 144 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Martha Flores |
| 145 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-James and Beverly Beavers |
| 146 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Robert Morphis |
| 147 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Charles Zaloumis |
| 148 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Sonya Tidwell |
| 149 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Allen Samvelian |
| 150 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Tina Settles |
| 151 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Robin Sherill |
| 152 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Myong Suk Oh |
| 153 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-Mark Manuel |

6

| 154 | | 1/27/14 | | ✓ | Registered Bonded Promissory Note-William Hosley Estate |
|-----|--|---------|--|---|---------------------------------------------------------|
| 155 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Novell Brown |
| 156 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-James Chappell Dew |
| 157 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Nellie Hartsoe |
| 158 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Harold Asbill |
| 159 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-James Edward Hartsoe |
| 160 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Jessica Hartsoe |
| 161 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Ronald Rhodes |
| 162 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Gary Placke |
| 163 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Terri Whitehead |
| 164 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Charles Beckwith |
| 165 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Thomas Whitehead |
| 166 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-David Germaine |
| 167 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Fred and Delores White |
| 168 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Jeffrey Varnon |
| 169 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Mark Manuel |
| 170 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-James Harper |
| 171 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Patsy Manuel |
| 172 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Gordon Clark |
| 173 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Dew Company |
| 174 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Gary White |
| 175 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Gary Fitzner |
| 176 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Mark Halbig |
| 177 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-John Hoke |
| 178 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Raleigh Carter |
| 179 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Robin Sherrill |
| 180 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Jeffrey and Deborah Walker |
| 181 | | 1/27/14 | | ✓ | Private Registered Setoff Bond-Kimberly Kennedy |

| 185 | | 1/27/14 | | ✓ | Item 9-Randy Brunson |
|---|---|---|---|---|---|
| 186 | | 1/27/14 | | ✓ | Item 9-Steve and Kelly Newman |
| 187 | | 1/27/14 | | ✓ | Item 9-Wayne Fogelson |
| 188 | | 1/27/14 | | ✓ | Item 9-Gary Sroka |
| 189 | | 1/27/14 | | ✓ | Item 9-Maria Metcalf |
| 190 | | 1/27/14 | | ✓ | Item 9-Charles Zaloumis |
| 191 | | 1/27/14 | | ✓ | Item 9-James Chappell-Dew |
| 192 | | 1/27/14 | | ✓ | Item 9- Jennifer and Scott Dehoog |
| 193 | | 1/27/14 | | ✓ | Item 9-Randall Shillinglaw |
| 194 | | 1/27/14 | | ✓ | Item 9-Elmer Harper |
| 195 | | 1/27/14 | | ✓ | Item 9-Jonathan Gooch |
| 196 | | 1/27/14 | | ✓ | Item 9-Ralph and Patricia Walden |
| 197 | | 1/27/14 | | ✓ | Item 9-Documents seized from Room B (Manuel/Dew Office) |
| 198 | | 1/27/14 | | ✓ | Item 10-Recorders Document Reference and Indexing Manual |
| 199 | | 1/27/14 | | ✓ | Item 10-Miscellaneous Certified Mail Receipts |
| 200 | | 1/27/14 | | ✓ | Item 10-Miscellaneous Items from Manuel/Dew's Desk |
| 201 | | 1/27/14 | | ✓ | Item 11-Alan Reynolds |
| 202 | | 1/27/14 | | ✓ | Item 11-Gary Phillippe |
| 203 | | 1/27/14 | | ✓ | Item 11-Kelly Havens |
| 204 | | 1/27/14 | | ✓ | Item 11-Richard Turner |
| 205 | | 1/27/14 | | ✓ | Item 11-Thomas McRae |
| 206 | | 1/27/14 | | ✓ | Item 11-Robert Morphis |
| 207 | | 1/27/14 | | ✓ | Item 11-Tommy Dyar |
| 208 | | 1/27/14 | | ✓ | Item 11-William Jackson |
| 209 | | 1/27/14 | | ✓ | Item 11-Jacqueline Starkes |
| 210 | | 1/27/14 | | ✓ | Item 11-California Incorporated Association Applications |
| 211 | | 1/27/14 | | ✓ | Item 11-James Hendricks |
| 212 | | 1/27/14 | | ✓ | Item 11-Marilu Clement |

| 213 | | 1/27/14 | | ✓ | Item 11-James Fischer |
|---|---|---|---|---|---|
| 214 | | 1/27/14 | | ✓ | Item 11-Miscellaneous Items Seized from Dew's desk (Room B) |
| 215 | | 1/27/14 | | ✓ | Item 13-Joseph Scott |
| 217 | | 1/27/14 | | ✓ | Item 13-Miscellaneous Correspondence Seized from floor of Room C |
| 218 | | 1/27/14 | | ✓ | Item 14-Federal Reserve Bank Routing Documents |
| 219 | | 1/27/14 | | ✓ | Item 14-Jacqueline and John Glover |
| 220 | | 1/27/14 | | ✓ | Item 14-2 black portfolios |
| 221 | | 1/27/14 | | ✓ | Item 14-John Morgan |
| 222 | | 1/27/14 | | ✓ | Item 14-Thomas Whitehead |
| 223 | | 1/27/14 | | ✓ | Item 14-Heather Barfield |
| 224 | | 1/27/14 | | ✓ | Item 14-Janice Cross |
| 225 | | 1/27/14 | | ✓ | Item 14-Misc. Mail labeled February 24th |
| 226 | | 1/27/14 | | ✓ | Item 14-Miscellaneous Documents from Room C |
| 227 | | 1/27/14 | | ✓ | Item 15-Papers recovered from Room C Trash can |
| 228 | | 1/27/14 | | ✓ | Item 16-Papers recovered from desktop Room C |
| 229 | | 1/27/14 | | ✓ | Item 17-Documents from bookshelf Room C |
| 230 | | 1/27/14 | | ✓ | Item 18-Foreclosure Defense Handbook |
| 232 | | 1/27/14 | | ✓ | Item 22-Wachovia Deposit Slip |
| 233 | | 1/27/14 | | ✓ | Item 23-Payment letters seized from the desk of Dew |
| 234 | | 1/27/14 | | ✓ | Item 24-Miscellaneous documents seized from the desk of Dew |
| 235 | | 1/27/14 | | ✓ | Item 25-UCC Financing Statements seized from Dew's desk |
| 236 | | 1/27/14 | | ✓ | Item 26-Domus Servo Membership Applications |
| 237 | | 1/27/14 | | ✓ | Item 29-Lynn and Bryan Martin |
| 238 | | 1/27/14 | | ✓ | Item 29-Gerald and Patsy Manuel |
| 239 | | 1/27/14 | | ✓ | Item 29-Mark Manuel |
| 240 | | 1/27/14 | | ✓ | Item 29-Brett Manning |
| 241 | | 1/27/14 | | ✓ | Item 29-Robert Laidlaw |
| 242 | | 1/27/14 | | ✓ | Item 29-Bradford Long |

| 243 | | 1/27/14 | | ✓ | Item 29-Clayton Macauay |
|-----|--|---------|--|---|-------------------------|
| 244 | | 1/27/14 | | ✓ | Item 29-Shane Maguire |
| 245 | | 1/27/14 | | ✓ | Item 29-Brenda McGregor |
| 246 | | 1/27/14 | | ✓ | Item 29-Kenneth and Karen Kennedy |
| 247 | | 1/27/14 | | ✓ | Item 29-Kimberly Jordan |
| 248 | | 1/27/14 | | ✓ | Item 29-Maria Jordon |
| 249 | | 1/27/14 | | ✓ | Item 29-Steven Kupeez |
| 250 | | 1/27/14 | | ✓ | Item 29-Rebecca Kazanokski |
| 251 | | 1/27/14 | | ✓ | Item 30- Judy and Barry/Nathan Harmon |
| 252 | | 1/27/14 | | ✓ | Item 30-Frederick Anderson |
| 253 | | 1/27/14 | | ✓ | Item 30-David Blackburn |
| 254 | | 1/27/14 | | ✓ | Item 30-Kevin Blackburn |
| 255 | | 1/27/14 | | ✓ | Item 30-James Harper |
| 256 | | 1/27/14 | | ✓ | Item 30-Ambassador Redemption Kingdom |
| 257 | | 1/27/14 | | ✓ | Item 30-Elmer and Janet Harper |
| 258 | | 1/27/14 | | ✓ | Item 30-John Andreoni |
| 259 | | 1/27/14 | | ✓ | Item 30-Joseph and Barbara Beasy |
| 260 | | 1/27/14 | | ✓ | Item 30-Kurt and Terri Bittner |
| 261 | | 1/27/14 | | ✓ | Item 30-Harold and Linda Asbill |
| 262 | | 1/27/14 | | ✓ | Item 31-Kathy Ellis |
| 263 | | 1/27/14 | | ✓ | Item 31-Martha Flores |
| 264 | | 1/27/14 | | ✓ | Item 31-Wayne Fogelson |
| 265 | | 1/27/14 | | ✓ | Item 31-Marion Gates |
| 266 | | 1/27/14 | | ✓ | Item 31-James and Rufina Gary |
| 267 | | 1/27/14 | | ✓ | Item 31-Randy and Deborah Gosey |
| 268 | | 1/27/14 | | ✓ | Item 31-Cathy and David Griffith |
| 269 | | 1/27/14 | | ✓ | Item 31-Lazaro Guiterez |
| 270 | | 1/27/14 | | ✓ | Item 31-Barry and Judy Harmon |

| 271 | | 1/27/14 | | ✓ | Item 31-Ben Harding |
| 272 | | 1/27/14 | | ✓ | Item 31-Kenneth and Wanda Fowler |
| 273 | | 1/27/14 | | ✓ | Item 32-James Vandervelt |
| 274 | | 1/27/14 | | ✓ | Item 32-Royal Tours |
| 275 | | 1/27/14 | | ✓ | Item 32-Roderick Savage |
| 276 | | 1/27/14 | | ✓ | Item 32-Ann Rust |
| 277 | | 1/27/14 | | ✓ | Item 32-Robert Rubio |
| 278 | | 1/27/14 | | ✓ | Item 32-Wayne and Rose SIron |
| 279 | | 1/27/14 | | ✓ | Item 32-Barbara Silcox |
| 280 | | 1/27/14 | | ✓ | Item 32-Sallie Bell Smith |
| 281 | | 1/27/14 | | ✓ | Item 32-Caroline Sharpe |
| 282 | | 1/27/14 | | ✓ | Item 32-Robin Sherrill |
| 283 | | 1/27/14 | | ✓ | Item 32-William Strickland |
| 284 | | 1/27/14 | | ✓ | Item 32-Gary Sroka |
| 285 | | 1/27/14 | | ✓ | Item 32-Jeffrey and Deborah Walker |
| 286 | | 1/27/14 | | ✓ | Item 32-Harry and Debra Wicker |
| 287 | | 1/27/14 | | ✓ | Item 32-Charles Zaloumis |
| 288 | | 1/27/14 | | ✓ | Item 32-James and Janet Harper |
| 289 | | 1/27/14 | | ✓ | Item 32-John and Elizabeth Hausam |
| 290 | | 1/27/14 | | ✓ | Item 33-Janet Carter |
| 291 | | 1/27/14 | | ✓ | Item 33-Debra Chavez |
| 292 | | 1/27/14 | | ✓ | Item 33-Dean Stuart Campbell |
| 293 | | 1/27/14 | | ✓ | Item 33-Gordon Clark |
| 294 | | 1/27/14 | | ✓ | Item 33-Ed Clay |
| 295 | | 1/27/14 | | ✓ | Item 33-Winona Cox |
| 296 | | 1/27/14 | | ✓ | Item 33-Son Phi Dang |
| 297 | | 1/27/14 | | ✓ | Item 33-Yen Dang |
| 298 | | 1/27/14 | | ✓ | Item 33-Steven Davidson |

| 299 | | 1/27/14 | | ✓ | Item 33-Michael and Abigail Dumoulin |
| 300 | | 1/27/14 | | ✓ | Item 33-Digigreeters |
| 301 | | 1/27/14 | | ✓ | Item 34-Joseph Melz |
| 302 | | 1/27/14 | | ✓ | Item 34-Ike Nwosu |
| 303 | | 1/27/14 | | ✓ | Item 34-Stephen and Angela Odel |
| 304 | | 1/27/14 | | ✓ | Item 34-Mong Suk Oh |
| 305 | | 1/27/14 | | ✓ | Item 34-Ernest Pacheco |
| 306 | | 1/27/14 | | ✓ | Item 34- Danny and Araceli Robbins |
| 307 | | 1/27/14 | | ✓ | Item 34-Steven Newman |
| 308 | | 1/27/14 | | ✓ | Item 34-Rory Muniz |
| 309 | | 1/27/14 | | ✓ | Item 34-Royal Tours |
| 310 | | 1/27/14 | | ✓ | Item 34-James Mosely |
| 311 | | 1/27/14 | | ✓ | Item 34-Schwartz Properties |
| 312 | | 1/27/14 | | ✓ | Item 34-Paul and Nina Medina |
| 313 | | 1/27/14 | | ✓ | Item 34-Maria Metcalf |
| 314 | | 1/27/14 | | ✓ | Item 34-Joel Myers |
| 315 | | 1/27/14 | | ✓ | Item 34-Robert Morphis |
| 316 | | 1/27/14 | | ✓ | Item 35-Roger and Kathy HIghfill |
| 317 | | 1/27/14 | | ✓ | Item 35-James and Patsy Hilliard |
| 318 | | 1/27/14 | | ✓ | Item 35-James and Tinkla Hogan |
| 319 | | 1/27/14 | | ✓ | Item 35-Brent Horton |
| 320 | | 1/27/14 | | ✓ | Item 35-Shane and Keri Humphrey |
| 321 | | 1/27/14 | | ✓ | Item 35-William and Donna Ice |
| 322 | | 1/27/14 | | ✓ | Item 35-Timothy and Angela Jackson |
| 323 | | 1/27/14 | | ✓ | Item 35-Jeremy Jordan |
| 324 | | 1/27/14 | | ✓ | Item 35-Mark Jones |
| 325 | | 1/27/14 | | ✓ | Item 35-John Jess |
| 326 | | 1/27/14 | | ✓ | Item 35-Carlysle Johnson |

| 327 | | 1/27/14 | | ✓ | Item 36-Rose Boney |
| 328 | | 1/27/14 | | ✓ | Item 36-John Bonham |
| 329 | | 1/27/14 | | ✓ | Item 36-Robert Boyden |
| 330 | | 1/27/14 | | ✓ | Item 36-Maria Brady |
| 331 | | 1/27/14 | | ✓ | Item 36-Diane Hill Bray |
| 332 | | 1/27/14 | | ✓ | Item 36-Robert and Angela Branson |
| 333 | | 1/27/14 | | ✓ | Item 36-Kent Buhnell |
| 334 | | 1/27/14 | | ✓ | Item 36David Randy Brunson |
| 335 | | 1/27/14 | | ✓ | Item 36-Jimmy Dale Brown |
| 336 | | 1/27/14 | | ✓ | Item 36-Joel and Connie Burton |
| 337 | | 1/27/14 | | ✓ | Item 36-Sean Calhoun |
| 338 | | 1/27/14 | | ✓ | Item 36-Lee and Judy Camp |
| 339 | | 1/27/14 | | ✓ | Item 37-Charles Beckwith |
| 340 | | 2/4/14 | | ✓ | Item 37-IRS Correspondence |
| 341 | | 1/27/14 | | ✓ | Item 37-Alan and Nancy Reynolds |
| 342 | | 1/27/14 | | ✓ | Item 37-William Strickland |
| 343 | | 1/27/14 | | ✓ | Item 37-Allen Samvelian |
| 344 | | 1/27/14 | | ✓ | Item 37-Fred Lacy |
| 345 | | 1/27/14 | | ✓ | Item 37-Hoffman Electric Claim |
| 347 | | 1/27/14 | | ✓ | Item 38-Ketrina Yates |
| 348 | | 1/27/14 | | ✓ | Item 38-Beverly Whitley |
| 349 | | 1/27/14 | | ✓ | Item 38-Jeffrey Varnon |
| 350 | | 1/27/14 | | ✓ | Item 38-Richard Turner |
| 353 | | 1/27/14 | | ✓ | Item 38-Robert and Terri Cross |
| 354 | | 1/27/14 | | ✓ | Item 39-Maria Albaracin |
| 355 | | 1/27/14 | | ✓ | Item 39-Charles Beckwith |
| 356 | | 1/27/14 | | ✓ | Item 39-Kurt & Terri Bittner |
| 357 | | 1/27/14 | | ✓ | Item 39-Patsy Alexander |

| | | | | |
|---|---|---|---|---|
| 358 | | 1/27/14 | ✓ | Item 39-Robert and Angela Branson |
| 359 | | 1/27/14 | ✓ | Item 39-Linda Bright |
| 360 | | 1/27/14 | ✓ | Item 39-David Brunson |
| 361 | | 1/27/14 | ✓ | Item 39-Barry Caraway |
| 362 | | 1/27/14 | ✓ | Item 39-Marilu Clement |
| 363 | | 1/27/14 | ✓ | Item 39-James Fischer |
| 364 | | 1/27/14 | ✓ | Item 39-Lisa Flaugher |
| 365 | | 1/27/14 | ✓ | Item 39-Wayne Fogelson |
| 366 | | 1/27/14 | ✓ | Item 39-Brian Frank |
| 367 | | 1/27/14 | ✓ | Item 39-Mary Jo Geishauer |
| 368 | | 1/27/14 | ✓ | Item 39-David Germaine |
| 369 | | 1/27/14 | ✓ | Item 39-Mark Halbig |
| 370 | | 1/27/14 | ✓ | Item 40-Thomas McRae |
| 371 | | 1/27/14 | ✓ | Item 40-James & Stephanie Massey |
| 372 | | 1/27/14 | ✓ | Item 40-Shane Maguire |
| 373 | | 1/27/14 | ✓ | Item 40-Randy & Cathy Lanier |
| 374 | | 1/27/14 | ✓ | Item 40-William & Linda Jackson |
| 375 | | 1/27/14 | ✓ | Item 40-Ronald Hunt |
| 376 | | 1/27/14 | ✓ | Item 40-Shelton Hoffman |
| 377 | | 1/27/14 | ✓ | Item 40-Donald Hoffman |
| 378 | | 1/27/14 | ✓ | Item 40-Sheena & Kelly Havens |
| 379 | | 1/27/14 | ✓ | Item 40-Jon & Elizabeth Hausam |
| 380 | | 1/27/14 | ✓ | Item 40-Minelva Mitchell |
| 381 | | 1/27/14 | ✓ | Item 40-Amanda Moore |
| 382 | | 1/27/14 | ✓ | Item 40-Gary Placke |
| 383 | | 1/27/14 | ✓ | Item 40-Robert Plyler |
| 384 | | 1/27/14 | ✓ | Item 40-Willia Rowley |
| 385 | | 1/27/14 | ✓ | Item 40-William Strickland |

| 386 | | 1/27/14 | | ✓ | Item 40-Nellie Hartsoe |
|-----|--|---------|--|---|------------------------|
| 387 | | 1/27/14 | | ✓ | Item 40-James & Jessica Hartsoe |
| 388 | | 1/27/14 | | ✓ | Item 41-Richard B. Turner |
| 389 | | 1/27/14 | | ✓ | Item 41-Richard A. Turner |
| 390 | | 1/27/14 | | ✓ | Item 41-Jacqueline Starkes |
| 391 | | 1/27/14 | | ✓ | Item 41-Trevor Spear |
| 392 | | 1/27/14 | | ✓ | Item 41-Sallie Smith |
| 393 | | 1/27/14 | | ✓ | Item 41-Jeremy & Amanda Smith |
| 394 | | 1/27/14 | | ✓ | Item 41-Richard & Cathi Seyles |
| 395 | | 1/27/14 | | ✓ | Item 41-Robin Schrak |
| 396 | | 1/27/14 | | ✓ | Item 41-Naser Razack |
| 397 | | 1/27/14 | | ✓ | Item 41-Rachel Quain |
| 398 | | 1/27/14 | | ✓ | Item 41-Danny & Araceli Robbins |
| 399 | | 1/27/14 | | ✓ | Item 41-Willim & Gail ROwley |
| 400 | | 1/27/14 | | ✓ | Item 41-Robert Plyler |
| 401 | | 1/27/14 | | ✓ | Item 41-Dan & Jolenta Proeschel |
| 402 | | 1/27/14 | | ✓ | Item 41-Stephen & Angela Odel |
| 403 | | 1/27/14 | | ✓ | Item 41-Leonard Pegram |
| 404 | | 1/27/14 | | ✓ | Item 41-Kimberlee Parker |
| 405 | | 1/27/14 | | ✓ | Item 41-Henry & Patricia Pol |
| 406 | | 1/27/14 | | ✓ | Item 41-Gary Placke |
| 407 | | 1/27/14 | | ✓ | Item 42-Thomas & Terri Whitehead |
| 408 | | 1/27/14 | | ✓ | Item 42-Beverly Whitley |
| 409 | | 1/27/14 | | ✓ | Item 42-Harry & Deborah Wicker |
| 410 | | 1/27/14 | | ✓ | Item 42-Ketrina Yates |
| 411 | | 1/27/14 | | ✓ | Item 42-Gary White |
| 412 | | 1/27/14 | | ✓ | Item 42-Jeffrey Varnon |
| 413 | | 1/27/14 | | ✓ | Item 42-Lynn Wells |

| 414 | | 1/27/14 | | ✓ | Item 42-James Chappell Dew |
| 415 | | 1/27/14 | | ✓ | Item 42-Stella & Luis Albarracin |
| 416 | | 1/27/14 | | ✓ | Item 42-David & Janice Cross |
| 417 | | 1/27/14 | | ✓ | Item 43-John Mosley |
| 418 | | 1/27/14 | | ✓ | Item 43-John Morgan |
| 419 | | 1/27/14 | | ✓ | Item 43-NEtgreeters |
| 420 | | 1/27/14 | | ✓ | Item 43-Stephen & Angela Odel |
| 421 | | 1/27/14 | | ✓ | Item 43-Amanda Moore |
| 422 | | 1/27/14 | | ✓ | Item 43- Minelva Mitchell |
| 423 | | 1/27/14 | | ✓ | Item 43-Lynn Martin |
| 424 | | 1/27/14 | | ✓ | Item 43-James & Stephanie Massey |
| 425 | | 1/27/14 | | ✓ | Item 43-Bruce & Victoria McMellion |
| 426 | | 1/27/14 | | ✓ | Item 43-Rachel McMillian |
| 427 | | 1/27/14 | | ✓ | Item 43-Mark Manuel |
| 428 | | 1/27/14 | | ✓ | Item 43-Thomas McRae |
| 429 | | 1/27/14 | | ✓ | Item 43-Sara Lathrop |
| 430 | | 1/27/14 | | ✓ | Item 43-Richard Lee |
| 431 | | 1/27/14 | | ✓ | Item 43-Randy & Cathy Lanier |
| 432 | | 1/27/14 | | ✓ | Item 44-Randy & Cathy Lanier |
| 433 | | 1/27/14 | | ✓ | Item 44-Hal Lacy |
| 434 | | 1/27/14 | | ✓ | Item 44-Jocelyn Juliao |
| 435 | | 1/27/14 | | ✓ | Item 44-Fred & Delores Lacy |
| 436 | | 1/27/14 | | ✓ | Item 44-Bobbie Johnston |
| 437 | | 1/27/14 | | ✓ | Item 44-Tuan Hai Dang |
| 438 | | 1/27/14 | | ✓ | Item 44-William & Linda Jackson |
| 439 | | 1/27/14 | | ✓ | Item 44-Keith & Chauntel Ingalls |
| 440 | | 1/27/14 | | ✓ | Item 44-Diane Bray |
| 441 | | 1/27/14 | | ✓ | Item 45-Mark Manuel Blank Signature Thumbprint Pages |

| 442 | | 1/27/14 | | ✓ | Item 45-Miscellaneous Registered Mail Supplies |
|-----|--|---------|--|---|----------------------------------------------|
| 443 | | 1/27/14 | | ✓ | Item 45-Randy & Cathy Lanier |
| 444 | | 1/27/14 | | ✓ | Item 45-Patricia Hayes |
| 446 | | 1/27/14 | | ✓ | Item 45-Robert Branson |
| 447 | | 1/27/14 | | ✓ | Item 45-Sonnia Tidwell |
| 448 | | 1/27/14 | | ✓ | Item 45-Hartsoe IRS Correspondence |
| 449 | | 1/27/14 | | ✓ | Item 45-MIscellanuous Documents seized from desk Room D |
| 450 | | 1/27/14 | | ✓ | Item 45-Liberty Association Incorporation Papers |
| 451 | | 1/27/14 | | ✓ | Item 45-Jon & Sharon Anderson |
| 452 | | 1/27/14 | | ✓ | Item 45-Barry & Sabrina Caraway |
| 453 | | 1/27/14 | | ✓ | Item 45-Janson Finkbeiner |
| 454 | | 1/27/14 | | ✓ | Item 45-Beverly Burt |
| 455 | | 1/27/14 | | ✓ | Item 45-Patsy Alexander |
| 456 | | 1/27/14 | | ✓ | Item 45-Dade County, FL UCC's |
| 457 | | 1/27/14 | | ✓ | Item 46-Ronald & Patricia Hayes |
| 458 | | 1/27/14 | | ✓ | Item 46-James Hartsoe |
| 459 | | 1/27/14 | | ✓ | Item 46-Jessica Hartsoe |
| 460 | | 1/27/14 | | ✓ | Item 46-Nellie Hartsoe |
| 461 | | 1/27/14 | | ✓ | Item 46-Jerry Hartsoe |
| 462 | | 1/27/14 | | ✓ | Item 46- Mary Jo Geishauer |
| 463 | | 1/27/14 | | ✓ | Item 46-Randy Gosey |
| 464 | | 1/27/14 | | ✓ | Item 46-Mark Halbig |
| 465 | | 1/27/14 | | ✓ | Item 46-James Fischer |
| 466 | | 1/27/14 | | ✓ | Item 46-Gary Fitzner |
| 467 | | 1/27/14 | | ✓ | Item 46-Billie & Clarence Fox |
| 468 | | 1/27/14 | | ✓ | Item 46-Brian & Robin Frank |
| 469 | | 1/27/14 | | ✓ | Item 47-Jose Correa |
| 470 | | 1/27/14 | | ✓ | Item 47-Tammy & Steve Bates |

| 471 | | 1/27/14 | | ✓ | Item 47-Patrick Banks |
| 472 | | 1/27/14 | | ✓ | Item 47-James & Beverly Beavers |
| 473 | | 1/27/14 | | ✓ | Item 47-Marilu Clement |
| 474 | | 1/27/14 | | ✓ | Item 47-Jimmie & Melanie Brown |
| 475 | | 1/27/14 | | ✓ | Item 47-Katherine Bryant |
| 476 | | 1/27/14 | | ✓ | Item 47-James & Judy Hendricks |
| 477 | | 1/27/14 | | ✓ | Item 47-Clifton Hicks |
| 478 | | 1/27/14 | | ✓ | Item 47-Edward Hicks |
| 479 | | 1/27/14 | | ✓ | Item 47-Rachel Hicks |
| 480 | | 1/27/14 | | ✓ | Item 47-Brett Dew |
| 481 | | 1/27/14 | | ✓ | Item 47-James Dew |
| 482 | | 1/27/14 | | ✓ | Item 47-Dew Company |
| 483 | | 1/27/14 | | ✓ | Item 47-Joseph Dew |
| 484 | | 1/27/14 | | ✓ | Item 47-Mabel Dew |
| 485 | | 1/27/14 | | ✓ | Item 47-Susan Elders |
| 486 | | 1/27/14 | | ✓ | Item 47-Linda Bright |
| 487 | | 1/27/14 | | ✓ | Item 47-Norvell Brown |
| 488 | | 1/27/14 | | ✓ | Item 48-Ledger Composition Book |
| 489 | | 1/27/14 | | ✓ | Item 48-Plastic Bag Containing Business Cards |
| 490 | | 1/27/14 | | ✓ | Item 48-Plastic Bag Containing Miscellaneous Receipts |
| 491 | | 1/27/14 | | ✓ | Item 48-Plastic Bag containing checks and receipts |
| 492 | | 1/27/14 | | ✓ | Item 48-Nellie Hartsoe |
| 493 | | 1/27/14 | | ✓ | Item 48-Jerry Hartsoe |
| 494 | | 1/27/14 | | ✓ | Item 48-Renee Bryant |
| 495 | | 1/27/14 | | ✓ | Item 48-Patrick Lynch |
| 496 | | 1/27/14 | | ✓ | Item 48-Kevin Hayes |
| 497 | | 1/27/14 | | ✓ | Item 48-Diane Hill Bray |
| 498 | | 1/27/14 | | ✓ | Item 48-National Arbitration Foundation |

| 499 | | 1/27/14 | | ✓ | Item 48-Keith Lee |
|---|---|---|---|---|---|
| 500 | | 1/27/14 | | ✓ | Item 48-Folder Labeled Associations |
| 501 | | 1/27/14 | | ✓ | Item 48-HWCK Outreach |
| 502 | | 1/27/14 | | ✓ | Item 48-National Trustee Association |
| 503 | | 1/27/14 | | ✓ | Item 48-Miscellaneous Documents from Hartsoe desk Room C |
| 504 | | 1/27/14 | | ✓ | Item 48-Thomas Wingard |
| 505 | | 1/27/14 | ✓ | | Item 49-Items seized from tan filing cabinet in Room D |
| 506 | | 1/27/14 | | ✓ | Item 50-Marilu Clement |
| 507 | | 1/27/14 | | ✓ | Item 50-William Rowley |
| 508 | | 1/27/14 | | ✓ | Item 50-Brian & Robin Frank |
| 509 | | 1/27/14 | | ✓ | Item 50-Jose Correa |
| 510 | | 1/27/14 | | ✓ | Item 50-Asbill IRS folder |
| 512 | | 1/27/14 | | ✓ | Item 50-Norvell Brown |
| 513 | | 1/27/14 | | ✓ | Item 50-John Hoke |
| 514 | | 1/27/14 | | ✓ | Item 50-Raleigh Carter |
| 515 | | 1/27/14 | | ✓ | Item 50-Kimberly Kennedy |
| 516 | | 1/27/14 | | ✓ | Item 50-Alan Reynolds |
| 517 | | 1/27/14 | | ✓ | Item 50-Paul & Nina Medina |
| 518 | | 1/27/14 | | ✓ | Item 50-Tina Settles |
| 519 | | 1/27/14 | | ✓ | Item 50-Alen Samvelian |
| 520 | | 1/27/14 | | ✓ | Item 50-Sonia Tidwell |
| 521 | | 1/27/14 | | ✓ | Item 50-Shane Humphrey |
| 522 | | 1/27/14 | | ✓ | Item 50-Robin Sherrill |
| 523 | | 1/27/14 | | ✓ | Item 50-Ronald Rhodes |
| 524 | | 1/27/14 | | ✓ | Item 50-Harold Asbill |
| 527 | | 1/27/14 | | ✓ | Item 51-Amy Fairfield |
| 528 | | 1/27/14 | | ✓ | Item 51-Mark Ferguson |
| 529 | | 1/27/14 | | ✓ | Item 51-Phillip Flaugher |

| 530 | | 1/27/14 | | ✓ | Item 51-James Fischer |
| 531 | | 1/27/14 | | ✓ | Item 51-Lisa Flaugher |
| 532 | | 1/27/14 | | ✓ | Item 51-Tamara Finkbeiner |
| 533 | | 1/27/14 | | ✓ | Item 51-James & Veronica Dew |
| 534 | | 1/27/14 | | ✓ | Item 51-Teresa Dew |
| 535 | | 1/27/14 | | ✓ | Item 51-David & Janice Cross |
| 536 | | 1/27/14 | | ✓ | Item 52-David & Rose Blackburn |
| 537 | | 1/27/14 | | ✓ | Item 52-Gary Blight |
| 538 | | 1/27/14 | | ✓ | Item 52-Martin Bradberry |
| 539 | | 1/27/14 | | ✓ | Item 52-Michael Brady |
| 540 | | 1/27/14 | | ✓ | Item 52-Robert and Angela Branson |
| 541 | | 1/27/14 | | ✓ | Item 52-Derrick Germaine |
| 542 | | 1/27/14 | | ✓ | Item 52-David Germaine |
| 543 | | 1/27/14 | | ✓ | Item 52-Deborah & Randy Gosey |
| 544 | | 1/27/14 | | ✓ | Item 52-Barry Harmon |
| 545 | | 1/27/14 | | ✓ | Item 52-Terri Hall |
| 546 | | 1/27/14 | | ✓ | Item 52-Elizabeth & Jon Hausam |
| 547 | | 1/27/14 | | ✓ | Item 52-Sheena & Kelly Havens |
| 548 | | 1/27/14 | | ✓ | Item 52-David Hoffman |
| 549 | | 1/27/14 | | ✓ | Item 52-Donald Hoffman |
| 550 | | 1/27/14 | | ✓ | Item 52-Shelton Hoffman |
| 551 | | 1/27/14 | | ✓ | Item 52-David Hohl |
| 552 | | 1/27/14 | | ✓ | Item 52-Audrey Holsey |
| 553 | | 1/27/14 | | ✓ | Item 52-Ronald Hunt |
| 554 | | 1/27/14 | | ✓ | Item 53-Elizabeth Duncan |
| 555 | | 1/27/14 | | ✓ | Item 53-Marilu Clement/Childrens Palace |
| 556 | | 1/27/14 | | ✓ | Item 53-Susan Clifton |
| 557 | | 1/27/14 | | ✓ | Item 53-Paolo Correa |

| 558 | | 1/27/14 | | ✓ | Item 53-Norvell Brown |
| 559 | | 1/27/14 | | ✓ | Item 53-Caste Equity Group |
| 560 | | 1/27/14 | | ✓ | Item 53-Raleigh Carter |
| 561 | | 1/27/14 | | ✓ | Item 53-Adna Craigo |
| 562 | | 1/27/14 | | ✓ | Item 53-Janice Cross |
| 563 | | 1/27/14 | | ✓ | Item 53-Steven Davidson |
| 564 | | 1/27/14 | | ✓ | Item 53-Patsy Lexander |
| 565 | | 1/27/14 | | ✓ | Item 53-Robert Athey |
| 566 | | 1/27/14 | | ✓ | Item 53-Heather Barfield |
| 567 | | 1/27/14 | | ✓ | Item 53-Tricia & Tommy Dyar |
| 568 | | 1/27/14 | | ✓ | Item 53-Harry Wicker & Ellet Brothers |
| 569 | | 1/27/14 | | ✓ | Item 53-John Adams |
| 570 | | 1/27/14 | | ✓ | Item 53-Maria Albarracin |
| 571 | | 1/27/14 | | ✓ | Item 54-Miscellaneous Labels |
| 572 | | 1/27/14 | | ✓ | Item 54-Miscellaneous UCC Filings |
| 573 | | 1/27/14 | ✓ | | Item 54-Comptroller of the Currency Handbook |
| 574 | | 1/27/14 | | ✓ | Item 54-Miscellaneous documents seized from Hayes desk |
| 575 | | 1/27/14 | | ✓ | Item 54-Miscellaneous Certified Mail receipts-Hayes desk |
| 576 | | 1/27/14 | | ✓ | Item 55- Miscellaneous Certified Mail receipts-Hayes desk |
| 577 | | 1/27/14 | | ✓ | Item 55-documents filed with Toronto Dominion Bank |
| 578 | | 1/27/14 | | ✓ | Item 55-California Association Documents |
| 579 | | 1/27/14 | | ✓ | Item 55-Miscellaneous UCC filings |
| 580 | | 1/27/14 | | ✓ | Item 55-Composition Notebook |
| 581 | | 1/27/14 | | ✓ | Item 55-Miscellaneous docs from Hayes desk |
| 582 | | 1/27/14 | | ✓ | Item 55-Kent & Christina Bushnell |
| 583 | | 1/27/14 | | ✓ | Item 55-Checks received |
| 584 | | 1/27/14 | | ✓ | Item 55-Miscellaneous envelopes from Hayes desk |
| 585 | | 1/27/14 | | ✓ | Item 55-Dumoulin/Carver County |

| 586 | | 1/27/14 | | ✓ | Item 56-Mark Manuel-RTI Bankruptcy |
| 587 | | 1/27/14 | | ✓ | Item 56-Mark Manuel IRS files |
| 588 | | 1/27/14 | | ✓ | Item 56-Various state UCC's |
| 589 | | 1/27/14 | | ✓ | Item 56-Miscellanous documents seized from Hayes desk |
| 591 | | 1/27/14 | | ✓ | Item 57-Bag containing various certified mail receipts |
| 592 | | 1/27/14 | | ✓ | Item 57-Bag containing notary seal of Hayes |
| 593 | | 1/27/14 | | ✓ | Item 57-Journal of Notarial Events |
| 594 | | 1/27/14 | | ✓ | Item 57-Composition Book |
| 595 | | 1/27/14 | | ✓ | Item 57-Royal Tours |
| 596 | | 1/27/14 | | ✓ | Item 57-Miscellaneous envelopes and correspondence-Hayes desk |
| 597 | | 1/27/14 | | ✓ | Item 57-Certificates of Administrative Judgment |
| 598 | | 1/27/14 | | ✓ | Search Warrant Diagram |
| 600 | | 1/27/14 | | ✓ | Search Warrant Photographs |
| 601 | | 2/3/14 | | ID | Hartsoe Business Card |
| 602 | | 1/27/14 | | ID | Tax Lien Summary |
| 603 | | 2/3/14 | | ✓ | Ann Rust Emails |
| 604 | | 2/3/14 | | ✓ | Linda Bright EGP Receipt |
| | 1 | 2/3/14 | | X | 3/22/2011 email between Mark Manuel and Keith Ingalls |
| | 2 | 2/5/14 | | X | Lost Mortgage Satisfaction for Dianne Hill-Bray |
| | 3 | 2/5/14 | | X | Mortgage for Dianne Hill-Bray |
| | 4 | 2/4/14 | | X | 7/5/2011 audio recording of presentation by Chappell Dew |
| | 5 | 2/5/14 | | ID | Undated audio CD |
| | 6 | 2/5/14 | | ID | 11/21/13 letter to Bill Nettles from Cathy Lanier |

22